UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:07-CR-_____ |
| | ) | |
| BRANDON L. HARRIS | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about October 25, 2006, in the Eastern District of Tennessee, defendant BRANDON L. HARRIS, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in commerce and affecting commerce firearms, namely, a Davis, Model D-9, 9mm two-shot derringer; a Heritage, Model Rough Rider, .22 caliber revolver; and a Harrington and Richardson, model 58, 12 gauge single-shot shotgun with a barrel length of 9 inches and an overall length of 15 inches.

[Title 18, United States Code, Section 922(g)(1)]

### COUNT TWO

The Grand Jury further charges that on or about October 25, 2006, in the Eastern District of Tennessee, defendant BRANDON L. HARRIS knowingly and willfully possessed a firearm, namely, a Harrington and Richardson, model 58, 12 gauge single-shot shotgun with a barrel length

of 9 inches and an overall length of 15 inches, which had not been registered to him in the National Firearms Registration and Transfer Record, as required by chapter 53, Title 26, United States Code.

[Title 26, United States Code, Sections 5842, 5861(d) and 5871]

            A TRUE BILL:

            s/ Foreperson
            FOREPERSON

JAMES R. DEDRICK
United States Attorney

*s/ Robert M. Reeves*
ROBERT M. REEVES
Assistant U.S. Attorney